**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6141

TERRY DWIGHT SANDERS,

                                   Petitioner - Appellant,

        versus

K. J. WENDT, Warden,

                                   Respondent - Appellee.

Appeal from the United States District Court for the North District
of West Virginia, at Clarksburg.  Frederick P. Stamp, Jr., District
Judge.  (1:04-cv-00-204-FPS)

Submitted:  May 18, 2006                  Decided:  May 31, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry Dwight Sanders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terry Dwight Sanders, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sanders v. Wendt, No. 1:04-cv-00-204-FPS (N.D.W. Va. Jan. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED